IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **THOMAS LUSTER,** ) | |
| ) | |
| **Plaintiff(s),** ) | |
| ) | |
| vs. ) | Case No. 04-915-GPM |
| ) | |
| **MICHELLE C. DAY,** ) | |
| ) | |
| **Defendant(s).** ) | |

## JUDGMENT

**DECISION BY THE COURT:**

The Court having been advised by counsel for Plaintiff, **THOMAS LUSTER,** and Defendant, **MICHELLE C. DAY,** that this action has been settled in its entirety,

**IT IS ORDERED AND ADJUDGED** that, as all matters have been settled between the parties, this action is **DISMISSED with prejudice** pursuant to Order filed September 22, 2005, each party to bear their own costs.

Dated: January 12, 2006

NORBERT G. JAWORKSI, Clerk of Court

By:   s/ Linda M. Cook
          Deputy Clerk

Approved by:

 s/ G. Patrick Murphy
**G. PATRICK MURPHY**
**CHIEF, UNITED STATES DISTRICT JUDGE**